tacked his conviction. All his contentions have been given a full and fair hearing and are without merit.

The denial of the petition is

Affirmed.

Towne Manufacturing Company v. J. Ray McDermott Company, 5th Cir. 1965, 347 F.2d 371.

Affirmed.

HANOVER INSURANCE COMPANY, Appellant,

v.

QUALITY CONSTRUCTION COMPANY et al., Appellees.

No. 23425.

United States Court of Appeals
Fifth Circuit.

May 8, 1967.

Sam A. LeBlanc, III, and Adams & Reese, New Orleans, La., for appellant.

Gordon F. Wilson, Jr., of Hammett, Leake & Hammett, Adrian G. Duplantier, James A. McPherson, New Orleans, La., for appellees.

Before JONES, GEWIN and SIMPSON, Circuit Judges.

PER CURIAM:

The judgment of the district court was correct and should be affirmed. Sanderson v. Binnings Construction Co., La. Ct.App.1965, 172 So.2d 721; Yale &

ADAMS AND KERSHNER, INC., Appellant,

v.

DWORMAN BUILDING CORPORATION, Appellee.

No. 23651.

United States Court of Appeals
Fifth Circuit.

May 8, 1967.

Rehearing Denied June 1, 1967.

David W. Palmer and Purl G. Adams, Crestview, Fla., for appellant.

Milton D. Jones, Herbert M. Brown, Clearwater, Fla., for appellee.

Before JONES, GEWIN and SIMPSON, Circuit Judges.

PER CURIAM:

In this diversity case the district court decided that the claim of the plaintiff, the appellant here, was asserted prematurely and the action was dismissed without prejudice to bringing another action when the claim was ripe for litigation. Finding no error in the district court's decision, its judgment is

Affirmed.